GOLDING BROS. CO. INC. *v.* UNITED STATES

No. 4733.—Invoice dated Antwerp, Belgium, April 7, 1937.
Certified April 8, 1937.
Entered at New York April 22, 1937.
Entry No. 70693.

(Decided February 19, 1940)

*Siegel & Mandell* (*Samuel T. Siegel* of counsel) for the plaintiff.
*Webster J. Oliver*, Assistant Attorney General (*Samuel D. Spector*, special attorney), for the defendant.

KINCHELOE, Judge: This is an appeal to reappraisement from the finding of values by the United States appraiser at New York on certain cotton cloth imported from Antwerp.

When this case was called for trial, it was agreed by counsel for the parties hereto that the proper dutiable value for the quality "Maryland" is $.1672 per yard, net packed, and that for the "Border" is $.1810 per yard, net packed. Judgment will be rendered accordingly.